IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ERIC C. BURGIE,**  **PLAINTIFF**
**ADC #120956**

v.  **CASE NO. 5:11CV00118 BSM/HDY**

**RAY HOBBS et al.**  **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Burgie's claims against the John Does be DISMISSED WITHOUT PREJUDICE, and the John Does be removed as party Defendants.

Dated this 30th day of December 2011.

_____
UNITED STATES DISTRICT JUDGE