IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ERIC C. BURGIE,**                                                                                     **PLAINTIFF**
**ADC #120956**

**v.**            **CASE NO. 5:11CV00118 BSM/HDY**

**RAY HOBBS, et al.**                                                                                   **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motions for summary judgment [Doc. Nos. 50, 59] are DENIED.

Dated this 16th day of February 2012.

_____
UNITED STATES DISTRICT JUDGE