# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ERIC C. BURGIE**                                                                                    **PLAINTIFF**
**ADC #120956**

**v.**                **CASE NO. 5:11CV00118 BSM/HDY**

**RAY HOBBS, et al.**                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 19th day of July 2012.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE